# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CITY OF TAMPA, ex rel.
Bradley Toston,

    Plaintiff,

v.                                                          Case No. 8:22-cv-1926-KKM-MRM

D&M ASSETS 1 LLC et al.,

    Defendants.

_____

## MEDIATION REPORT

    In accordance with the Court's mediation order(s), a mediation conference was held on __August 1__, 20_23_, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __✓__ All individual parties and their respective trial counsel.
    __✓__ Designated corporate representatives.
    _____ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:
_____

(c) The outcome of the mediation conference was:

_____ The case has been completely settled.

__X__ **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

Personal claims of Bradley Toston for damages.

_____ The mediation has been continued to: (list date and time:)

(Requires Court approval.)

_____ The parties have reached an impasse.

Done this __4th__ day of __August__, 20__23__.

_____
Signature of Mediator

__Jack Day__
Name of Mediator

__P.O. Box 1494__
Mailing Address

__St. Petersburg, FL 33731__
City, State, and Zip Code

__727-643-5409__
Telephone Number

<u>Copies furnished to:</u>
Counsel/Parties of Record

2