UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CITY OF TAMPA

-vs-                                                                          Case No.  8:22-cv-1926-KKM-UAM

D&M ASSETS 1 LLC et al

**CLERK'S MINUTES**
Proceeding: Motion Hearing (Doc. 49)
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: September 21, 2023 |
| Deputy Clerk: Ashley Sanders | Time: 2:05 p.m. |
| Law Clerk: Anne Leonard | Recess: 2:20 p.m. |
| Court Reporter: Digital | Total Time: 25 min |

Counsel for Plaintiff: Carl Brody
Counsel for Defendant: Kathryn Copeland

Court calls case and counsel enters appearances.

Court hears from counsel on the motion to withdraw as counsel.

Court to enter an order.

Recess.