UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CITY OF TAMPA, ex rel.
Bradley Toston,
Plaintiff,

v.                                                      CASE NO.: 8:22-cv-01926-KKM-MRM

D&M ASSETS 1 LLC,
a Florida Limited Liability Company,
STEVEN P. WEDGE, and
LEI XUAN WEDGE,
Defendants.
_____/

## STIPULATION FOR DISMISSAL

Plaintiff and Defendants, through undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, (Fed. R. Civ. P. 41(a)(1)), stipulate that the above action be and it is voluntarily dismissed, with prejudice.

Dated: September 26, 2023

## CERTIFICATE OF SERVICE

I, Carl Brody, HEREBY CERTIFY that on this 26th day of September 2023, I electronically filed the foregoing with the United States Court for the Middle District of Florida e-filing portal with electronic notice to all parties.

Respectfully submitted,

#TID4I78D0D2WFVv2

OFFICE OF THE CITY ATTORNEY,
CITY OF TAMPA, FLORIDA

By: /s/ Carl Brody
**CARL BRODY**
Assistant City Attorney
FBN: 0102229
315 E. Kennedy Boulevard, 6th Floor
Tampa, FL 33602
Carl.Brody@tampagov.net
Secondary: Dasha.Milton@tampagov.net
(813) 274-7179; (813) 274-8894 Fax
Counsel for Plaintiff, City of Tampa

**ENGLANDER FISCHER**

By: /s/ David Delrahim
**DAVID DELRAHIM**
FBN: 66368
721 1ST Ave N
St. Petersburg, FL 33701
ddelrahim@eflegal.com
Secondary: kfleming@eflegal.com
(727) 898-7210; (727) 898-7218 Fax
Counsel for Defendants